UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CV423-130 |
| ELECTROLUX HOME PRODUCTS, INC.. | ) ) ) ) ) | |
| Defendant. | ) | |

# ORDER

Defendant filed a notice on March 24, 2023 indicating that the parties settled this case.  Doc. 10.  Accordingly, the parties are **DIRECTED** to file one of the following within 14 days from the date of entry of this Order: (1) a dismissal, or (2) a joint status report explaining why the parties are unable to file a dismissal, and identifying the anticipated timeline for the dismissal. All deadlines in this case are **STAYED** for 14 days.  If the case is not dismissed within 14 days, the

parties' joint status report should indicate whether they believe the stay should continue.

**SO ORDERED**, this 10th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA